JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, A New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROSE AVELLANEDA, an individual; JENNIFER R. RAMIREZ-SAS, an individual; SONNY A. RAMIREZ, an individual; YVETTE S. DRIGGS, an individual; TINA MARIE HESSE an individual; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____/ | Case No.: EDCV 08-471 VAP(OPx)<br><br>**ORDER AND JUDGMENT ON THE CROSS-CLAIM OF JENNIFER R. RAMIREZ-SAS, SONNY A. RAMIREZ, YVETTE S. DRIGGS, AND TINA MARIE HESSE AGAINST CROSS-DEFENDANT ROSE AVELLANEDA** |

////

1

**ORDER AND JUDGMENT**

Pursuant to Rule 55(b)(2), Federal Rules of Civil Procedure, it appears to the Court that the complaint in interpleader of Plaintiff Metropolitan Life Insurance Company was filed in this court on April 17, 2008, and that the summons and complaint were duly served on the Defendant Rose Avellaneda on May 14, 2008, and that no answer or other defense has been filed by the Defendant.  Default was entered on August 4, 2008, in the office of the clerk of this court, and no proceedings have been taken by the Defendant since default was entered.

It further appears to the Court that the cross-claim of Jennifer R. Ramirez-Sas, Sonny A. Ramirez, Yvette S. Driggs, and Tina Marie Hesse (collectively, the Children) was filed in this court on May 14, 2008, and the summons and cross-claim were duly served on Cross-defendant Rose Avellaneda on June 3, 2008, and that no answer or other defense has been filed by the Cross-defendant.  Default was entered on August 4, 2008, in the office of the clerk of this court, and no proceedings have been taken by the Cross-defendant since default was entered.

Finally, based on the testimony of attorney Alan L. Inglis, it appears to the Court that the Children agree among themselves that the interpled funds should be divided in equal shares among them.

Having considered all the documents on file in this action, the stipulation of the parties, and the testimony of Alan L. Inglis, and good cause appearing, it is ordered, adjudged and decreed that:

1.    The Cross-claimant Children are entitled to the entire amount of the interpled funds in this action, less $10,000.00 to be paid from the interpled funds to Plaintiff Metropolitan Life Insurance Company in full settlement of Plaintiff's request for fees and costs as previously ordered by the Court on August 12, 2008.

2. Cross-defendant Rose Avellaneda is entitled to no share of the interpled funds in this action.

3. The balance of the interpled funds shall be paid forthwith in four equal shares via separate checks made payable to "Jennifer R. Ramirez-Sas", "Sonny A. Ramirez", "Yvette S. Driggs", and "Tina Marie Hesse", respectively, to be sent to the office of their attorney of record in this action (Alan L. Inglis, Law Office of Alan L. Inglis, 8483 Calle Carabe Street, Rancho Cucamonga, California 91730).

**IT IS SO ORDERED.**

Date: October 27, 2008, 2008

THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Alan L. Inglis
ALAN L. INGLIS
Attorney for Cross-claimants
Jennifer R. Ramirez-Sas, Sonny A. Ramirez, Yvette S. Driggs, and Tina Marie Hesse